IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

GERALD FLOWERS

    Plaintiff,

vs.                                                No. Civ 09-569 JAP/DJS

LEA POWER PARTNERS, LLC, a Delaware
Corporation, COLORADO ENERGY
MANAGEMENT, LLC, a Colorado Corporation.

    Defendants

and

LEA POWER PARTNERS, LLC, a Delaware
Corporation, and COLORADO ENERGY
MANAGEMENT, LLC, a Colorado Corporation.

    Third-Party Plaintiffs,

vs.

AFCO STEEL, LLC, a Delaware Corporation,

    Third-Party Defendant.

**Memorandum Opinion and Order**

    On December 14, 2010 Plaintiff Gerald Flowers filed an Unopposed Motion For Leave to Amend Complaint and Vacate Trial Setting (Doc. No. 136). Having read Flowers' Motion and being fully advised in the matter, the Court finds that the Motion should be granted and that Flowers should be permitted to amend his complaint.

    IT IS ORDERED that Plaintiff Gerald Flowers' Unopposed Motion For Leave to Amend Complaint and Vacate Trial Setting (Doc. No. 136) is GRANTED.

_____
SENIOR UNITED STATES DISTRICT JUDGE