IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

GERALD FLOWERS, Individually,

    Plaintiff,

v.                                        No. CV 09-569 JAP/SMV

LEA POWER PARTNERS, LLC, a Delaware
Corporation, COLORADO ENERGY
MANAGEMENT, LLC, a Colorado Corporation,
and GENOVA POWER SOLUTIONS, LLC,
a Delaware Corporation,

    Defendants
_____

LEA POWER PARTNERS, LLC, a Delaware
Corporation and COLORADO ENERGY
MANAGEMENT, LLC, a Colorado Corporation

    Third Party Plaintiffs,

v.

TURNAROUND WELDING SERVICES,
a Texas Corporation, and AFCO STEEL, LLC,
a Delaware Corporation,

    Third Party Defendants
_____

TURNAROUND WELDING SERVICES,
a Texas Corporation,

    Counter-Claimant,

v.

LEA POWER PARTNERS, LLC, a Delaware
Corporation and COLORADO ENERGY
MANAGEMENT, LLC, a Colorado Corporation

    Counter-Defendant
_____

AFCO STEEL, LLC

    Fourth-Party Plaintiff,

v.

J.A. FREE JR. & COMPANY, INC., a
South Carolina Corporation, and GENERAL IRON
& STEEL, INC., a Colorado Corporation,

    Fourth-Party Defendants.

### ORDER GRANTING UNOPPOSED MOTION TO EXTEND PRE-TRIAL ORDER DEADLINE

THIS MATTER having come before the Court upon the Defendants/Third-Party Plaintiffs, Lea Power Partners, LLC and Colorado Energy Management, LLC's Unopposed Motion to Extend Deadline to Submit Pre-Trial, and the Court being fully advised, hereby FINDS the Motion is well taken and, therefore,

IT IS HEREBY ORDERED ADJUDGED AND DECREED that the deadline for the parties to submit the Pre-Trial Order will be extended from March 16, 2012 to March 23, 2012.

All remaining deadlines will remain unchanged.

_____
STEPHAN M. VIDMAR
United States Magistrate Judge

Respectfully submitted,

GUEBERT BRUCKNER P.C.


By <u>*original signed by /s/ Christopher J. Supik*</u>
      Terry R. Guebert
      Christopher J. Supik
      P. O. Box 93880
      Albuquerque, NM 87199-3880
      (505) 823-2300
      *Attorneys for Defendants Lea Power*
      *Partners, LLC and Colorado Energy*
      *Management, LLC*


F:\Clients\0300.527\Pleadings\2012.03.14 Order to Extend Deadlines (final).doc/zw