IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

GERALD FLOWERS,

    Plaintiff,

v.                                                                                    No. 09-cv-0569 JAP/SMV

LEA POWER PARTNERS, LLC,
COLORADO ENERGY MANAGEMENT, LLC,
J.A. FREE, JR. & COMPANY,
AFCO STEEL, LLC,
BURNS & ROE ENTERPRISES, INC.,
MMR CONSTRUCTORS, INC., and
L.P.R. CONSTRUCTION CO.,

    Defendants.

And

LEA POWER PARTNERS, LLC, and
COLORADO ENERGY MANAGEMENT, LLC,

    Third-Party Plaintiffs,

v.

L.P.R. CONSTRUCTION CO., and
MMR CONSTRUCTORS, INC.

    Third-Party Defendants.

And

AFCO STEEL, LLC,

    Third-Party Plaintiff,

v.

J.A. FREE, JR. & COMPANY,
MMR CONSTRUCTORS, INC.,

**L.P.R. CONSTRUCTION CO., and
BURNS & ROE ENTERPRISES, INC.**

      **Third-Party Defendants.**

## ORDER TO FILE CLOSING DOCUMENTS

      The parties reached a settlement in this matter at a conference held before the Court on April 20, 2012.

      **IT IS THEREFORE ORDERED** that closing documents be filed no later than **Wednesday, May 23, 2012**, absent a request for an extension and a showing of good cause.

      **IT IS SO ORDERED.**

                                                  **STEPHAN M. VIDMAR
United States Magistrate Judge**