IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**GERALD FLOWERS,**

    Plaintiff,

v.                                                  No. 09-cv-0569 JAP/SMV

**LEA POWER PARTNERS, LLC,**
**COLORADO ENERGY MANAGEMENT, LLC,**
**J.A. FREE, JR. & COMPANY,**
**AFCO STEEL, LLC,**
**BURNS & ROE ENTERPRISES, INC.,**
**MMR CONSTRUCTORS, INC., and**
**L.P.R. CONSTRUCTION CO.,**

    Defendants.

**And**

**LEA POWER PARTNERS, LLC, and**
**COLORADO ENERGY MANAGEMENT, LLC,**

    Third-Party Plaintiffs,

v.

**L.P.R. CONSTRUCTION CO., and**
**MMR CONSTRUCTORS, INC.**

    Third-Party Defendants.

**And**

**AFCO STEEL, LLC,**

    Third-Party Plaintiff,

v.

**J.A. FREE, JR. & COMPANY,**
**MMR CONSTRUCTORS, INC.,**

**L.P.R. CONSTRUCTION CO., and
BURNS & ROE ENTERPRISES, INC.**

    **Third-Party Defendants.**

## ORDER GRANTING STIPULATED MOTION TO EXTEND CLOSING DOCUMENTS DEADLINE

THIS MATTER is before the Court on the parties' Stipulated Motion to Extend Closing Documents Deadline [Doc. 396]. The Court, being advised that the Motion is unopposed, and being otherwise fully advised in the premises, FINDS that the Motion is well-taken and should be granted.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the parties' Stipulated Motion to Extend Closing Documents Deadline [Doc. 396] is **GRANTED**, and the closing documents deadline is extended until June 8, 2012.

    IT IS SO ORDERED.

_____
**STEPHAN M. VIDMAR
United States Magistrate Judge**