## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

**GERALD FLOWERS,**

    Plaintiff,

v.                                                                                        No. 09-cv-0569 JAP/SMV

**LEA POWER PARTNERS, LLC,**
**COLORADO ENERGY MANAGEMENT, LLC,**
**J.A. FREE, JR. & COMPANY,**
**AFCO STEEL, LLC,**
**BURNS & ROE ENTERPRISES, INC.,**
**MMR CONSTRUCTORS, INC., and**
**L.P.R. CONSTRUCTION CO.,**

    Defendants.

**And**

**LEA POWER PARTNERS, LLC, and**
**COLORADO ENERGY MANAGEMENT, LLC,**

    Third-Party Plaintiffs,

v.

**L.P.R. CONSTRUCTION CO., and**
**MMR CONSTRUCTORS, INC.**

    Third-Party Defendants.

**And**

**AFCO STEEL, LLC,**

    Third-Party Plaintiff,

v.

**J.A. FREE, JR. & COMPANY,**
**MMR CONSTRUCTORS, INC.,**

**L.P.R. CONSTRUCTION CO., and
BURNS & ROE ENTERPRISES, INC.**

    **Third-Party Defendants.**

**ORDER SETTING TELEPHONIC STATUS CONFERENCE**

**Date and time**:    Thursday, May 31, 2012, at 2:00 p.m.

**Matter to be heard**:  Status of the settlement

    **IT IS ORDERED, ADJUDGED, AND DECREED** that a status conference is hereby set for Thursday, May 31, 2012, at 2:00 p.m. Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings. Parties shall confer with Judge Vidmar about the status of the settlement reached on April 23, 2012.

    **IT IS SO ORDERED.**

                                                         **STEPHAN M. VIDMAR
United States Magistrate Judge**