IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**GERALD FLOWERS,**

    **Plaintiff,**

**v.**                                                                                         No. 09-cv-0569 JAP/SMV

**LEA POWER PARTNERS, LLC et al.,**

    **Defendants.**

**And**

**LEA POWER PARTNERS, LLC et al.,**

    **Third-Party Plaintiffs,**

**v.**

**L.P.R. CONSTRUCTION CO. et al.,**

    **Third-Party Defendants.**

**And**

**AFCO STEEL, LLC,**

    **Third-Party Plaintiff,**

**v.**

**J.A. FREE, JR. & COMPANY et al.,**

    **Third-Party Defendants.**

**ORDER EXTENDING DEADLINE TO FILE CLOSING DOCUMENTS**

    THIS MATTER is before the Court on a telephonic status conference held before the Court on June 4, 2012. All counsel agreed to file closing documents no later than June 15, 2012.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that closing documents be filed no later than **Friday, June 15, 2012**, absent a request for an extension and a showing of good cause.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**