# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

**GERALD FLOWERS,**

    Plaintiff,

v.                                                                             No. 09-cv-0569 JAP/SMV

**LEA POWER PARTNERS, LLC et al.,**

    Defendants.

And

**LEA POWER PARTNERS, LLC et al.,**

    Third-Party Plaintiffs,

v.

**L.P.R. CONSTRUCTION CO. et al.,**

    Third-Party Defendants.

And

**AFCO STEEL, LLC,**

    Third-Party Plaintiff,

v.

**J.A. FREE, JR. & COMPANY et al.,**

    Third-Party Defendants.

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

**Date and time**:        Monday, June 18, 2012, at 3:00 p.m. MDT

**Matter to be heard**:  Status of the settlement agreement

**IT IS ORDERED, ADJUDGED, AND DECREED** that a telephonic status conference is hereby set for Monday, June 18, 2012, at 3:00 p.m. MDT.  Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings. Parties shall confer with Judge Vidmar to discuss the status of their settlement agreement.  Counsel for Colorado Energy Management, LLC ("CEM"), will arrange for Mr. Paul Zimmerman, CEM's representative at the settlement conference, to call into the status conference.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**