## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

**GERALD FLOWERS,**

    Plaintiff,

v.                                                                                          No. 09-cv-0569 JAP/SMV

**LEA POWER PARTNERS, LLC et al.,**

    Defendants.

*And*

**LEA POWER PARTNERS, LLC et al.,**

    Third-Party Plaintiffs,

v.

**L.P.R. CONSTRUCTION CO. Et al.,**

    Third-Party Defendants.

*And*

**AFCO STEEL, LLC,**

    Third-Party Plaintiff,

v.

**J.A. FREE, JR. & COMPANY et al.,**

    Third-Party Defendants.

### ORDER SETTING TELEPHONIC STATUS CONFERENCE

**Date and time**:        Friday, August 31, 2012 at 9:30 a.m.

**Matter to be heard**:   Status of the settlement agreement

**IT IS ORDERED, ADJUDGED, AND DECREED** that a status conference is hereby set for **Friday, August 31, 2012,** at **9:30 a.m.** Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings. Counsel shall be prepared to discuss why closing documents have not been filed.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**